IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| JENNIFER HARRISON, on behalf of Herself and other similarly situated,<br><br>Plaintiff,<br>vs.<br><br>HARRY & DAVID OPERATIONS, INC., And HARRY AND DAVID, LLC,<br><br>Defendants. | Case No. 1:18-cv-00410-CL<br>**ORDER** |

AIKEN, District Judge:

Magistrate Judge Mark Clarke filed his Findings and Recommendation ("F&R") (doc. 64) on 12/13/2018 recommending that plaintiff's Motion for Conditional Certification and for the Issuance of Court-Supervised Notice (doc 45) should be granted. The matter is now before this Court. *See* 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

Subsequent to Magistrate Judge Clarke filing his F&R, the parties filed a Consent Motion to Approve Collective Class Definition and FSLA Notice Form. (doc. 68) There, the parties represented that they do not object the F&R and ask this Court to approve the class certification as well as the stipulated proposed Notice and Consent Forms.

PAGE 1 – ORDER

Having reviewed the parties' submissions, I adopt Magistrate Judge Clarke's F&R (doc. 64) in its entirety. Accordingly, plaintiff's Motion for Conditional Certification and for the Issuance of Court-Supervised Notice (doc 45) is GRANTED. Further, the joint Consent Motion (doc. 68) is also GRANTED. The stipulated class definition and proposed Notice and Consent Forms are approved.

IT IS SO ORDERED.

Dated this 15 day of January 2019.

_____
Ann Aiken
United States District Judge