IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| JENNIFER HARRISON, on behalf of herself and others similarly situated, | Case No. 1:18-cv-00410-CL |
| Plaintiff, | |
| v. | ORDER |
| HARRY & DAVID OPERATIONS, INC., and HARRY AND DAVID, LLC, | |
| Defendants. | |

CLARKE, Magistrate Judge.

This case comes before the Court on Plaintiff's Unopposed Motion to Dismiss Certain Opt-In Plaintiffs (#148). The FLSA claims conditionally certified as a collective action in this case focus only on claims against Harry & David Operations, Inc. by employees who worked in primarily call-handling positions within the Medford, Oregon call center. The parties have worked together to identify individuals who have joined this action as Fair Labor Standards Act

("FLSA") Opt-In Plaintiffs by filing consent forms, but who do not fit within the individuals covered by the collective class definition for the FLSA claims in this action. Specifically, the parties sought to identify individuals who did not work in a primarily call-handling position at the Medford, Oregon call center during the three years prior to the date their consent forms were filed in this action.

Pursuant to Plaintiff's unopposed motion, the following opt-in plaintiffs are dismissed from this case without prejudice:

| Name | Docket No. |
| --- | --- |
| 1 Heather Ackerman | 76.01 at 2 |
| 2 Christopher Sharp | 77.01 at 3 |
| 3 Christopher Ackerman | 78.01 at 2 |
| 4 Pamelyn Meek | 78.01 at 6 |
| 5 Diane Forster | 80.01 at 6 |
| 6 Erin Scott | 80.01 at 13 |
| 7 Angelica Spencer | 80.01 at 15 |
| 8 Joanna Summers | 80.01 at 16 |
| 9 Krystle Williams | 81.01 at 3 |
| 10 Yvette McCulley | 82.01 at 8 |
| 11 Karen Meade | 82.01 at 10 |
| 12 Cerella Powell | 82.01 at 14 |
| 13 Simon Johnson | 83.01 at 5 |
| 14 Ann O'Neil-Freauf | 84.01 at 22 |
| 15 Jesse Yanez | 85.01 at 7 |

| | |
|---|---|
| 16 Joanna Chavez | 91.01 at 4 |
| 17 Brigid Dalton | 91.01 at 6 |
| 18 David Jenks | 91.01 at 7 |
| 19 Leslie VanGelder | 91.01 at 9 |
| 20 Lucas Reed | 92.01 at 8 |
| 21 Barry Edwards, Sr. | 95.01 at 3 |
| 22 Karen Fender | 95.01 at 4 |
| 23 Linda Leonard | 95.01 at 7 |
| 24 Teresa Ferris | 98.01 at 3 |
| 25 Dawn Chapman | 99.01 at 2 |
| 26 Toni Lomeli (Templer) | 99.01 at 5 |
| 27 Ashley McCollum | 99.01 at 6 |
| 28 Marsha Menefee | 103.01 at 4 |
| 29 Isaiah Provencio | 103.01 at 5 |
| 30 Stephanie Smith | 103.01 at 7 |
| 31 April Woodard | 103.01 at 9 |
| 32 Kathleen Jones | 108.01 at 2 |
| 33 Charles Rucker | 112.01 at 1 |
| 34 Amelia Johnson | 113.01 at 4 |
| 35 Annette Schierholt | 113.01 at 5 |
| 36 Paul Benevento | 116.01 at 2 |
| 37 Ashley Johansen | 118.01 at 3 |
| 38 Sheri Hardin | 119.01 at 3 |

39 Shawn Martinez 129.01 at 13

40 Ramona Villalpando 129.01 at 10

## ORDER

Plaintiff's Unopposed Motion to Dismiss Certain Opt-In Plaintiffs Without Prejudice (#148) is GRANTED.

DATED this 17th day of March, 2020.

/s/ Mark D. Clarke
MARK D. CLARKE
United States Magistrate Judge