**David W. Garrison** (admitted *pro hac vice*)
**Joshua A. Frank** (admitted *pro hac vice*)
BARRETT JOHNSTON MARTIN & GARRISON, LLC
Philips Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: (615) 244-2202
Facsimile: (615) 252-3798
dgarrison@barrettjohnston.com
jfrank@barrettjohnston.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| JENNIFER HARRISON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HARRY & DAVID OPERATIONS, INC.,<br><br>Defendant. | Case No. 1:18-cv-00410-CL<br><br>**ORDER DISMISSING CLAIMS AND AUTHORIZING NOTICE TO OF SUCH DISMISSAL AND REMOVAL OF INDIVIDUALS FROM CLASS MEMBERSHIP WITHOUT PREJUDICE** |

CLARKE, Magistrate Judge:

The parties being in agreement, and the Court having considered the matter herein and otherwise being sufficiently advised, the Joint Motion to Dismiss Eight Class Members (Dkt. No. 212) is GRANTED. .

Page 1 -    **ORDER**

Jenni Guijarro Pena, Diana L. Katona, Kevin D. Krause, Charla S. Ruiz, Guadalupe Ruiz, Andrew C. Trost, Jesse A. Yanez, and Michael T. Yonker are dismissed from this action, without prejudice, and will be removed from class membership, without prejudice to their potential or putative claims, and provided notice of their removal so that they may, should the choose, seek alternative relief. The notice, attached as Exhibit A to the Parties' Joint Motion to Dismiss Eight Class Members' Claims, and to Authorize Notice of Such Dismissal to These Individuals is here by approved to be sent by U.S. mail and email to these eight (8) individuals.

IT IS SO ORDERED.

DATED this the 9 day of November, 2021.

MARK D. CLARKE
United States Magistrate Judge